UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GERMIRA CARTER,

       Petitioner,

                                          Case Number 07-12211-BC

v.                                        Honorable Thomas L. Ludington

SHIRLEE A HARRY,

       Respondent.

_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on this date;

It is **ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                          s/Thomas L. Ludington
                                          THOMAS L. LUDINGTON
                                          United States District Judge

Dated: July 13, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 13, 2010.

                              s/Tracy A. Jacobs
                              TRACY A. JACOBS